UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNY, LLC,

          Plaintiff,

v.

YASAKI NORTH AMERICA, INC. and ARNECOM S.A. DE C.V.,

          Defendants.

Case No.: 5:16-cv-003300
[DNH/ATB]

ARNECOM S.A. DE C.V.,

          Third Party Plaintiff,

v.

MJ ENTERPRISES, LLC,

          Third Party Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record for all parties herein that:

(1) Plaintiff's Complaint, filed March 21, 2016, shall be and is hereby withdrawn;

(2) Defendant Arnecom S.A. DE C.V.'s counterclaim as contained is its December 5, 2016 Amended Answer with Counterclaim, shall be and is hereby withdrawn;

(3) Third Party Plaintiff's Complaint, filed June 8, 2016, shall be and is hereby withdrawn; and

(4) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action by UNY, LLC against Yasaki North America, Inc. and Arnecom S.A. DE C.V., including the counterclaim asserted therein by Defendant Arnecom S.A. DE C.V., is hereby dismissed with prejudice and without costs to either party; and

{33858/30792/JAS/01319256.DOC}

(5) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the third-party action by Arnecom S.A. DE C.V. against MJ Enterprises, LLC shall be and is hereby is dismissed without prejudice and without costs to either party.

Dated: ~~January~~ March 29, 2017.

**MENTER, RUDIN & TRIVELPIECE, P.C.**
*Attorneys for Defendants/Third Party Plaintiff*

By: _____
Michael J. Balestra, Esq.
Bar Roll No.: 515523
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: 315-474-7541

Dated: January 24, 2017.

**KIRWAN LAW FIRM, P.C.**
*Attorneys for Plaintiff*

By: _____
Terry J. Kirwan, Jr., Esq.
Bar Roll No.: 501821
100 Madison Street
AXA Tower 1, 17th Floor
Syracuse, NY 13202
Telephone: 315-452-2443

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: March 30, 2017
Utica, NY

{33858/30792/JAS/01319256.DOC}